UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-61684-RAR

HOWARD COHAN,

    Plaintiff,

vs.

SAWGRASS FORD, INC.,
*Florida Profit Corporation,*

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, HOWARD COHAN, and Defendant, SAWGRASS FORD, INC., *Florida Profit Corporation,* by and through their undersigned counsel, have agreed to a settlement in principal of all issues subject only to the completion and execution of specific documents to memorialize the agreement. Each Party will bear their own attorney's fees and costs, except as otherwise specified in the settlement documents.

    The Parties request this Honorable Court allow for an additional fifteen (15) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Additionally, Parties request that this Honorable Court stay all matters and pending deadlines.

Jointly submitted on this 29th day of July 2019.

| | |
|---|---|
| FEINSTEIN & SOROTA, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1500<br>Fax: (954) 617-4100<br><br>By: /s/ *Mark D. Feinstein*<br>　　MARK D. FEINSTEIN, ESQ.<br>　　Florida Bar No. 444170<br>E-mail: fspa@fspalaw.com | LAW OFFICES OF NEIL S. ODESSKY, P.A.<br>*Attorneys for Plaintiff*<br>7901 S.W. 6 Court<br>Suite 305<br>Plantation, FL 33324<br>Tel: (954) 617-1100<br>Fax: (954) 617-1300<br><br>By: /s/ *Neil S. Odessky*<br>　　NEIL S. ODESSKY, ESQ.<br>　　Florida Bar No. 354661<br>E-mail: pleadings@nsolaw.com |
| PORTLEY AND SULLIVAN<br>*Attorneys for Defendant*<br>2211 East Sample Road, Suite 204<br>Lighthouse Point, FL 33064<br>Tel: (954) 781-7600<br><br>By: /s/ *Peter A. Portley*<br>　　PETER A. PORTLEY, ESQ.<br>　　Florida Bar No. 112563<br>E-mail: pportley@pportleysullivan.com | |