UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61684-RAR

**HOWARD COHAN**,

    Plaintiff,

v.

**SAWGRASS FORD, INC.**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement [ECF No. 6], filed on July 29, 2019, indicating the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of July, 2019.

                                                    _____
                                                  **RODOLFO RUIZ**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record